580 A.2d 313

Howard L. DUER and Katherine T. Duer, his wife; Neil R. Anderson and Jaleen L. Anderson, his wife; David V. McClean and Janet A. McClean, his wife; Stephen E. Trybus and Beverly A. Trybus, his wife; Robert Daquelente and Andrea Daquelente, his wife; Christopher M. Stafford and Roderick Frisk

v.

Robert A. PASSERIN and Louise Ann Passerin, his wife, and Thomas M. Phillis and Evelyn M. Phillis, his wife.

Appeal of Louise Ann PASSERIN.

Supreme Court of Pennsylvania.

Argued Sept. 25, 1990.

Decided Oct. 16, 1990.

Thomas J. Dempsey, Pittsburgh, for appellants.

James C. Tosh, Reed, Luce, Good, Tosh & McGregor, Beaver, for appellees.

Before NIX, LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.